## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BERKLINE/BENCHCRAFT HOLDINGS, LLC, | ) | Case No. 11-11369 (MFW) |
| et al. | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |
| | ) | |
| ROBERT S. BERNSTEIN, AS PLAN | ) | |
| ADMINISTRATOR FOR THE BANKRUPTCY | ) | |
| ESTATES BERKLINE/BENCHCRAFT | ) | |
| HOLDINGS, LLC, et al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 13-50947 (MFW) |
| | ) | |
| EVERGREEN LINE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## O R D E R

**AND NOW**, this **6th** day of **August, 2013,** upon consideration of the Motion to Dismiss filed by Evergreen Line and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Motion to Dismiss the Amended Complaint is **DENIED,** and it further

**ORDERED** that the Plaintiff is granted thirty days from the entry of this Order to properly serve the Amended Complaint.

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge

cc: Julia Bettina Klein, Esquire[1]

---

[1] Counsel is to serve a copy of this Order and the accompanying Memorandum Opinion on all interested parties and file a Certificate of Service with the Court.

## SERVICE LIST

Julia Bettina Klein, Esquire
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801
Counsel for Evergreen Line

Karen M. Grivner, Esquire
Clark Hill Thorp Reed
824 Market Street, Suite 710
Wilmington, DE 19801
Counsel for the Plaintiff